305 Ga. 799
FINAL COPY

S17Y1532.  IN THE MATTER OF JOHN DENNIS DUNCAN.

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that John Dennis Duncan (State Bar No. 311056) has satisfied the conditions for reinstatement as specified by this Court, see In the Matter of John Dennis Duncan, 301 Ga. 898 (804 SE2d 342) (2017), it is hereby ordered that John Dennis Duncan be reinstated to practice law in the State of Georgia.

Reinstated. All the Justices concur.

Decided May 20, 2019.

Reinstatement.

Paula J. Frederick, General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar, for State Bar of Georgia.